UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **DARRYL SPRINGER,**<br>    Plaintiff<br><br>   v.<br><br>**PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>    Defendant | )<br>)<br>)<br>) **Case No.: 5:17-cv-12381-JCO-MKM**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a notice of voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: August 16, 2017        BY: */s/ Amy L.Bennecoff Ginsburg*
                                                Amy L. Bennecoff Ginsburg, Esquire
                                                Kimmel & Silverman, P.C.
                                                30 E. Butler Avenue
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Facsimile: (877) 788-2864
                                                Email: aginsburg@creditlaw.com
                                                Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk VA 23502
Email: GCMail@portfoliorecovery.com

Dated: August 17, 2017                BY: */s/ Amy L. Bennecoff Ginsburg*
                                       Amy L. Bennecoff Ginsburg, Esquire
                                       Kimmel & Silverman, P.C.
                                       30 E. Butler Avenue
                                       Ambler, PA 19002
                                       Phone: (215) 540-8888
                                       Facsimile: (877) 788-2864
                                       Email: aginsburg@creditlaw.com
                                       Attorney for the Plaintiff